Opinion issued June 30, 2008







 










In The

Court of Appeals

For The

First District of Texas






NO. 01-08-00347-CV

__________



IN RE KRISTAL TIMISH WALKER A/K/A KRISTAL TIMISHA
WALKER, Relator







Original Proceeding on Petition for Writ of Mandamus (1)






MEMORANDUM OPINION

 Relator, Kristal Timish Walker also known as Kristal Timisha Walker, has filed
a petition for a writ of mandamus challenging an April 29, 2008 order compelling her
to "bring Baby Boy Walker to the Texas Department of Family & Protective Services
("TDFPS").

 We deny the petition for a writ of mandamus.PER CURIAM

Panel consists of Justices Taft, Jennings, and Bland.
1. In the Interest of Baby Boy Walker, No. 2008-03478J (314th District Court, Harris
County, Tex.).